# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN H. JOHNSON and PAULA A. JOHNSON,<br><br>      Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, NA SUCCESSOR-IN-INTEREST TO WASHINGTON MUTUAL BANK, NA, and "ALL PERSONS OR ENTITIES UNKNOWN, CLAIMING ANY LEGAL or EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST in the PROPERTY DESCRIBED in this COMPLAINT ADVERSE to PLAINTIFF'S TITLE, OR ANY CLOUD UPON PLAINTIFF'S TITLE THERETO" and DOES 1-25, Inclusive,<br><br>      Defendants. | Case No. 5:14-cv-00777-DDP-JEMx<br><br>**JUDGMENT IN FAVOR OF DEFENDANT JPMORGAN CHASE BANK, N.A.**<br><br>CLOSED |

///

1  WHEREAS, on June 4, 2014, for reasons stated on the record, this Court
2  granted the Motion of Defendant JPMORGAN CHASE BANK, N.A. ("Defendant") to
3  Dismiss the Complaint of Plaintiffs STEPHEN H. and PAULA A. JOHNSON
4  ("Plaintiffs"),
5  IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs'
6  Complaint is dismissed with prejudice; and Judgment is hereby entered in this matter
7  against Plaintiffs and in favor of Defendant.
8  IT IS SO ORDERED.

DATED: June 06, 2014

HON. DEAN D. PREGERSON
U.S. DISTRICT JUDGE